**Order entered June 14, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00330-CV

### IN RE KENNETH L. BUHOLTZ, Relator

**Original Proceeding from the 469th Judicial District Court
Collin County, Texas
Trial Court Cause No. 469-51173-2010**

## ORDER

Before Justices Bridges, Osborne, and Carlyle

Based on the Court's opinion of this date, we **DENY IN PART** and **DISMISS IN PART**

relator's petition for writ of mandamus.

/s/     CORY L. CARLYLE
      JUSTICE